UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
YOLANDA M. DAVILA

CASE NO. 05-50181-BKC

FILED VIA MAIL  
NOV 15 2010  288627  
SO. DIST. OF FLA.

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH OFFICE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,575.43 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

YOLANDA M. DAVILA  
21205 N MIAMI AVE  
MIAMI, FL 33169

SABRINA CHASSAGNE, P.A  
THE WHITE BUILDING  
1 N.E 2ND AVE., SUITE 208  
MIAMI, FL 33132

FCI NATIONAL LENDER SERVICES  
8180 EAST KAISER BLVD  
ANAHEIM HILLS, CA 92808

FCI NATIONAL LENDER SERVICES  
8180 EAST KAISER BLVD  
ANAHEIM HILLS, CA 92808

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   05-50181-BKC-
YOLANDA M. DAVILA


                                    CHAPTER 13


YOLANDA M. DAVILA

21205 N MIAMI AVE
MIAMI, FL 33169


SABRINA CHASSAGNE, P.A
THE WHITE BUILDING
1 N.E 2ND AVE., SUITE 208
MIAMI, FL 33132

FCI NATIONAL LENDER SERVICES   ---------$         942.14
8180 EAST KAISER BLVD
ANAHEIM HILLS, CA 92808                  UNDELIVERABLE/STALE
                                         CLAIM REGISTER# __/__


FCI NATIONAL LENDER SERVICES   ---------$         633.29
8180 EAST KAISER BLVD
ANAHEIM HILLS, CA 92808                  UNDELIVERABLE/STALE
                                         CLAIM REGISTER# __/__


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130