

**ORDERED in the Southern District of Florida on December 13, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                    CASE NO. 05-50181-BKC-LMI

YOLANDA M. DAVILA,               CHAPTER 13
XXX-XX-1596

    Debtor.
_____/

### ORDER CONFIRMING MORTGAGE IS CURRENT

This matter came before the court on December 7, 2010 at 1:30 p.m. on the Debtor's Motion (CP #36) to determine whether the mortgage debt to Wells Fargo Home Mortgage (the "Mortgagee"), should be deemed current as of the month following the last cure payment under the Debtor's chapter 13 plan.

According to the Trustee's records, the Debtor has paid, and the Trustee has disbursed, all arrears and regular on-going payments to the Mortgagee pursuant to the terms of the last confirmed plan. The last confirmed plan provided for arrears in the total amount of $10,200.73, and regular on-going payments in the total amount of $1,169.17. Based on the Trustee's records, the mortgage debt to Mortgagee is current up to and including April, 2010.

The Mortgagee has not objected to the Motion and, accordingly, the Mortgage is deemed current up to and including April, 2010.

# # #

Copies furnished to:
Attorney Sabrina Chassagne, Esq. ((305) 358-0005, 1 NE 2nd Avenue, Suite 208, Miami, FL 33132) is directed to serve a copy of this Order immediately on all parties in interest and file a certificate of service.

LF-81 (12/01/09)